FILED OCT -2 PM 1:48

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

CR 09 01024

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-_____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | [18 U.S.C. § 871: Threats Against President] |
| JESSE RUBIO CASTILLO, ) | |
| Defendant. ) | |

The Grand Jury charges:

On or about September 8, 2009, in Riverside County, and elsewhere, within the Central District of California, defendant JESSE RUBIO CASTILLO, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the

//
//
//
//

President of the United States, all in violation of Section 871 of Title 18 of the United States Code.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

*[signature]* Daniel A. Goodman, Asst U.S. Atty
Deputy Chief, Criminal Division, For:

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


EILEEN M. DECKER
Assistant United States Attorney
Chief, National Security Section


SHERILYN PEACE GARNETT
Assistant United States Attorney
National Security Section